*E-FILED - 5/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKY DEMETRIUS LUJAN, | No. C 04-1154 RMW (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A.K. SCRIBNER, Warden, | |
| Respondent. | |

The court has denied the instant petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED:  5/23/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.04\lujan154hcruling.md